# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:18-cr-55-KDB-DCK-1 |
| James Dean Ham ) | |
| ) | USM No: 19898-058 |
| Date of Original Judgment: 07/18/2019 ) | |
| Date of Previous Amended Judgment: ) | Mekka Danielle Jeffers-Nelson |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months on Counts 1 & 2 and 120 months on Count 4 to run concurrent to each other and consecutive to related revocation matter months **is reduced to** 121 months on Counts 1 & 2 and 97 months on Count 4 to run concurrent to each other and consecutive to related revocation matter.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/18/2019 shall remain in effect.
**IT IS SO ORDERED**.

Signed: August 2, 2024

Kenneth D. Bell
United States District Judge

*Judge's signature*

Effective Date: _____  　　　　　Kenneth D. Bell
　　*(if different from order date)*　　　　　　　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: James Dean Ham
CASE NUMBER: 5:18-cr-55-KDB-DCK-1
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 29 | Amended Total Offense Level: 29 |
| Criminal History Category: III | Criminal History Category: II |
| Previous Guideline Range: 120 to 135 months | Amended Guideline Range: 97 to 121 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

The Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821. Defendant had 3 criminal history points before the addition of 2 status points. (Doc. No. 19, ¶¶ 54-55). With the removal of 2 status points (because he had 6 criminal history points or less), criminal history points of 3 equals a criminal history category II. With an Offense Level of 29 and a criminal history category II, the amended guideline range would be 97 to 121 months. At sentencing, the Court imposed the higher end of the range on Counts 1 and 2, and the lower end of the range on Count 4 to run concurrent to each other and consecutive to related revocation matter. The Court will do so with the amended range imposing the higher end of the range yielding a sentence of 121 months on Counts 1 and 2, while imposing the lower end of the range yielding a sentence of 97 months on Count 4 to run concurrent to each other and consecutive to related revocation matter. Defendant has had no incident reports while in prison and is programming as well as work assignments.